

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,428 & AP-76,429

### EX PARTE TIMOTEO JESUS GARZA III, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 19376 & 19377 IN THE 336TH DISTRICT COURT
### FROM FANNIN COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of indecency with a child and aggravated sexual assault and sentenced to imprisonment for twenty and fifty years, respectively. He did not appeal his convictions.

Applicant contends, among other things, that his trial counsel rendered ineffective assistance because he failed to request a competency evaluation. The trial court has determined that trial counsel was ineffective. Accordingly, relief is granted. The judgments of conviction in cause

numbers 19376 and 19377 in the 336th Judicial District Court of Fannin County are set aside, and Applicant is remanded to the custody of the Sheriff of Fannin County to answer the charges as set out in the indictments.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: September 29, 2010

Do Not Publish